UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RICHARDS CLEARVIEW, L.L.C.                CIVIL ACTION

VERSUS                                    NO. 09-7204

SEARS ROEBUCK AND CO.                     SECTION "N" (4)

## ORDER AND REASONS

Having carefully considered the motion, **IT IS ORDERED** that Plaintiff's "Motion to Preclude Testimony" (Rec. Doc. 43) is **DENIED**. Plaintiff's counsel can cross-examine Mr. Miles and offer the same objections to his testimony at trial to the same extent that she or he could with a perpetuation deposition taken prior to trial.

New Orleans, Louisiana, this 1st day of October 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

**Clerk to Copy:
United States Magistrate Judge Karen Wells Roby**

1